# DIVIDENDS REMITTED TO THE COURT

Case Number 10-10766 - AINGER, MARLEA M

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Center Of Orthopedic Surgery Inc<br>1 Infinity Corp Center<br>#160<br>Cleveland OH 44125-5370<br>    ACCOUNT NO. 0450 | 000008 | #107 | 150.00 | 4.13 |
| The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374<br>    ACCOUNT NO. 964A | 000012 | #111 | 93.39 | 2.57 |
| ---------- Remittance Total -------------- | | | 243.39 | 6.70 |

*[signature]*
RICHARD A. BAUMGART, Trustee

CHECKS # 107, 111
#151904